UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREEDOM WIRELESS, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>BOSTON COMMUNICATIONS GROUP,<br>INC., et. al<br><br>     Defendants. | Civil Action No. 00-12234-EFH |

## STIPULATION OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE AND ALL OTHER CLAIMS WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Freedom Wireless, Inc. and defendants Boston Communications Group, Inc., AT&T Wireless PCS, Cingular Wireless LLC, CMT Partners, and Western Wireless Corp. (collectively, the "Parties") hereby stipulate and agree to the dismissal with prejudice of only the following claims: (1) all claims by Freedom Wireless, Inc. against Boston Communications, Inc. and all counterclaims by Boston Communications Group, Inc. against Freedom Wireless, Inc. and (2) all claims by Freedom Wireless against defendants that are based on any prepaid wireless system or service provided by defendant Boston Communications Group, Inc.; each party to bear its own costs and attorneys' fees and waiving all rights of appeal.

The Parties hereby further stipulate and agree to the dismissal without prejudice of any and all other claims and counterclaims that were or could have been brought by Freedom Wireless, Inc. or by any defendant, including any and all claims by Freedom Wireless, Inc. based on any prepaid wireless system or service not provided by defendant Boston Communications

Group, Inc., and any and all counterclaims by defendants, including counterclaims of invalidity and unenforceability; each party to bear its own costs and attorneys' fees and waiving all rights of appeal.

A representative of each of the Parties has signed this Stipulation.

Respectfully submitted,

FREEDOM WIRELESS, INC.
By its attorneys,

/s/ John Kenneth Felter
John Kenneth Felter (BBO #162540)
kahuna@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231


BOSTON COMMUNICATIONS GROUP, INC.
By its attorneys,

/s/ Dean G. Bostock
Dean G. Bostock (BBO #549747)
DGBostockmintz.com
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617)542-2241

AT&T WIRELESS PCS, CINGULAR WIRELESS LLC, AND CMT PARTNERS (d/b/a Cellular One of San Francisco)
By their attorneys,

/s/ Maia H. Harris
Maia H. Harris (BBO #648208)
mharris@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone:    (617) 345-1000
Facsimile:    (617) 345-1300

Denis R. Salmon
DSalmon@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Telephone:    (650) 849-5300
Facsimile:    (650) 849-5333

WESTERN WIRELESS CORP. (d/b/a Cellular One)
By its attorneys,

/s/ Vickie L. Henry
Vickie L. Henry (BBO #632367)
vhenry@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Telephone:    (617) 832-1000
Facsimile:    (617) 832-7000

Dated:  October 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 17, 2006.

/s/ Dean G. Bostock